# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE REED III, | CASE NO. 1:05-CV-00920-REC-LJO-P |
| Plaintiff, | ORDER STRIKING OBJECTION |
| v. | (Doc. 17) |
| SGT. J. MAYFIELD, et al., | |
| Defendants. | |

Plaintiff George Reed III ("plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed, with prejudice, for failure to state a claim upon which relief may be granted on May 11, 2006. On May 15, 2006, the Court issued an order in which it construed plaintiff's objection filed on May 10, 2006, as a motion for reconsideration, considered the merits of the objection, and declined to set aside the order adopting the Magistrate Judge's Findings and Recommendations and dismissing the action. On May 23, 2006, plaintiff filed another objection to the Magistrate Judge's Findings and Recommendations.

Plaintiff had one opportunity to object to the Findings and Recommendations. Although plaintiff's objection was not timely, the Court deemed it in the interest of justice to consider the objection and did so in its order of May 15, 2006. Plaintiff may not file a second objection to the Findings and Recommendations, and his second objection shall therefore be stricken from the record. The Court will not respond to any further filing by plaintiff unless the filing relates to an appeal or a proper post-judgment motion.

1

1  Accordingly, plaintiff's second objection, filed May 23, 2006, is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

**Dated:  May 25, 2006**                              /s/ Robert E. Coyle
668554                                                              UNITED STATES DISTRICT JUDGE